Rodney L. Eshelman, No. 059339
Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:  (415) 989-5900
Facsimile:  (415) 989-0932

Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation, et al.,<br><br>　　　　Defendant. | No. CV 06-03703 SC<br><br>TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY<br><br>[CIVIL L.R. 11-5; CCP §§ 284(1), 285]<br><br>Date:  September 8, 2006<br>Time:  10:00 a.m.<br>Division:  San Francisco<br>Courtroom: No. 1<br>Judge:  Hon. Samuel Conti |

### TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY

TO ALL PARTIES AND TO THE COURT:

PLEASE TAKE NOTICE THAT Defendant TRANSCONTINENTAL INSURANCE COMPANY ("TRANSCONTINENTAL") will request the following substitution of attorney at the status conference in this matter on September 8, 2006, 10:00 a.m., at the United States District Court, Northern District of California, Courtroom of the Honorable Samuel Conti, Courtroom No. 1, 450 Golden Gate Ave., San Francisco, California, and hereby requests, as follows:

CBM-IPG\SF320647.1

| | |
|---|---|
| 1 | Rodney L. Eshelman (State Bar No. 059339) |
| 2 | Raymond J. Tittmann (State Bar No. 191298) |
|   | Carroll, Burdick & McDonough LLP |
| 3 | 44 Montgomery Street, Suite 400 |
|   | San Francisco, California 94104 |
| 4 | telephone: (415) 989-5900 |
|   | facsimile: (415) 989-0932, |

5   To substitute as attorney of record for TRANSCONTINENTAL in place of:

6   Donald E. Dorfman
    Alan S. Feiler
7   Nixon Peabody LLP
    Two Embarcadero Center, Suite 2700
8   San Francisco, California 94111
    telephone: (415) 984-8200
9   facsimile:(415) 984-8300.

10

11  I consent to this substitution.    Dated: August ___, 2006

12                                      TRANSCONTINENTAL INSURANCE CO.

13

14                                      By _____

15

16  I consent to this substitution.    Dated: August 22, 2006

17                                      NIXON PEABODY LLP

18

19                                      By _____
                                            Donald E. Dorfman
20

21

22  I accept this substitution.        Dated: August 22, 2006

23

24                                      CARROLL, BURDICK & McDONOUGH LLP

25

26                                      By Raymond J. Tittmann/cf
                                            Rodney L. Eshelman
27                                          Raymond J. Tittmann
                                        Attorneys for Defendant
28                                      TRANSCONTINENTAL INSURANCE
                                        COMPANY

CBM-JPG\SF320647.1
-2-

1
2
3

### [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY

4   GOOD CAUSE APPEARING, IT IS SO ORDERED: Rodney L. Eshelman
5  and Raymond J. Tittmann, Carroll, Burdick & McDonough LLP, shall substitute as
6  attorney of record in place of Donald E. Dorfman and Alan S. Feiler, Nixon Peabody
7  LLP.

8
9  Dated:    August 24, 2006

10
11                                    IT IS SO ORDERED
12  Hon.
    Unit                              Judge Samuel Conti
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Frederick Meiswinkel, Inc. v. Transcontinental Insurance Company, et al.*
United States District Court Northern District of California; Action No. C 06-03703SC

### PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On August 23, 2006, I served the enclosed:

**TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY**

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

| | |
|---|---|
| Mark Bonino, Esq.<br>Maria Quinteror, Esq.<br>Ropers, Majeski, Kohn & Bentley<br>80 North First Street<br>San Jose, CA 95113<br>Tel: (408) 287-6262<br>Fax: (408) 918-4501 | Attorneys for AIU Insurance Company, a New York Corporation and Lexington Insurance Company, a Delaware Corporation |
| Blaise S. Curet, Esq.<br>Sinnott, Dito Moura & Puebla, P.C.<br>555 Montgomery Street, Suite 720<br>San Francisco, CA 94111-3910<br>Tel: (415) 352-6200<br>Fax: (415) 353-6224 | Attorneys for Zurich American Company, a New York Corporation |
| Peter J. Schulz, Esq.<br>Greco & Traficante<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Tel: (619) 234-3660<br>Fax: (619) 234-0626 | Attorneys for Frederick Meiswinkel, Inc. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 23, 2006, at San Francisco, California.

*Connie Fernandes*
Connie Fernandes

PROOF OF SERVICE