1  Rodney L. Eshelman, No. 059339
   Raymond J. Tittmann, No. 191298
2  **CARROLL, BURDICK & McDONOUGH LLP**
   44 Montgomery Street, Suite 400
3  San Francisco, California 94104
   Telephone:    (415) 989-5900
4  Facsimile:    (415) 989-0932

5  Attorneys for Defendant
   TRANSCONTINENTAL INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FREDERICK MEISWINKEL, INC., a | No. CV 06-03703 SC
   | California corporation,
12 |                               | STIPULATION AND [PROPOSED] ORDER
   |         Plaintiff,            | EXTENDING TIME FOR INITIAL
13 |                               | DISCLOSURES
   | v.
14 |                               | [CIVIL L.R. 6-1]
   | TRANSCONTINENTAL
15 | INSURANCE COMPANY, a New      | Date:      September 8, 2006
   | York corporation, et al.,     | Time:      10:00 a.m.
16 |                               | Division:  San Francisco
   |         Defendant.            | Courtroom: No. 1
17 |                               | Judge:     Hon. Samuel Conti

18

19

20         WHEREAS, the Court has set a September 1, 2006 deadline for initial

21 disclosures in this case under Fed. R. Civ. Proc. 26(a)(1);

22         WHEREAS, Defendants Transcontinental Insurance Co., AIU Insurance

23 Company, Lexington Insurance Company, and Zurich American Company ("Defendant

24 Insurers"), and Plaintiff Frederick Meiswinkel, Inc. ("FMI") have been engaged in

25 mediation for several months, and continue to be so engaged;

26         WHEREAS, Defendant Insurers and FMI reasonably hope to resolve some or

27 all of the disputes between the parties in the course of this mediation;

28

CBM-IPG\SF321638.1

1     WHEREAS, Defendant Insurers and FMI wish to avoid certain litigation
2 expenses that may become unnecessary should certain claims be resolved and parties be
3 dismissed; and
4     WHEREAS, Defendant Insurers and FMI acknowledge the confidentiality of
5 the ongoing mediation under California Evidence Code sections 1119 and 1152, and
6 require additional time to review documents subject to initial disclosures and remove from
7 the productions or redact documents referring to the confidential mediation proceedings.
8     Defendant Insurers and FMI hereby stipulate and jointly request an order of the
9 Court as follows:
10     The September 1, 2006 deadline for initial disclosures shall be extended to
11 September 15, 2006. Defendant Insurers and FMI, or any parties remaining at that time,
12 may submit another stipulation and proposed order prior to that date to further extend the
13 deadline for initial disclosures should it appear appropriate.

14 Dated: August 25, 2006     CARROLL, BURDICK & McDONOUGH LLP

16     By _____
17     Rodney L. Eshelman
    Raymond J. Tittmann
18     Attorneys for Defendant
    TRANSCONTINENTAL INSURANCE
19     COMPANY

21 Dated: August 25, 2006     ROPERS, MAJESKI, KOHN & BENTLEY

23     By _____
24     Mark Bonino, Esq.
    Maria Quinteror, Esq.
    Attorneys for AIU Insurance Company, a New
25     York Corporation and Lexington Insurance
    Company, a Delaware Corporation

1  Dated: August ___, 2006          SINNOTT, DITO MOURA & PUEBLA, P.C.

2

3                                   By _____
                                         Blaise S. Curet, Esq.
4                                        Attorneys for Zurich American Company, a New
                                         York Corporation
5

6  Dated: August 25, 2006           GRECO & TRAFICANTE

7

8                                   By _____
                                         Peter J. Schulz, Esq.
9                                        Attorneys for Frederick Meiswinkel, Inc.

10

11

12

13     GOOD CAUSE APPEARING, IT IS SO ORDERED: The September 1, 2006

14 deadline for initial disclosures shall be extended to September 15, 2006. Defendant

15 Insurers and FMI, or any remaining parties, may submit another stipulation and proposed

16 order prior to that date to further extend the deadline for initial disclosures should it

17 appear appropriate.

18 Dated: _____

19

20

21                                  _____
                                    Honorable Samuel Conti
22                                  United States District Judge

23

24

25

26

27

28

CBM-IPG\SF321638.1                  -3-

Dated: August 25, 2006    SINNOTT, DITO MOURA & PUEBLA, P.C.

By _____
   Blaise S. Curet, Esq.
Attorneys for Zurich American Company, a New York Corporation

Dated: August __, 2006    GRECO & TRAFICANTE

By _____
   Peter J. Schulz, Esq.
Attorneys for Frederick Meiswinkel, Inc.

GOOD CAUSE APPEARING, IT IS SO ORDERED: The September 1, 2006 deadline for initial disclosures shall be extended to September 15, 2006. Defendant Insurers and FMI, or any remaining parties, may submit another stipulation and proposed order prior to that date to further extend the deadline for initial disclosures should it appear appropriate.

Dated:    August 28, 2006

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Frederick Meiswinkel, Inc. v. Transcontinental Insurance Company, et al.*
United States District Court Northern District of California; Action No. C 06-03703SC

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On August 25, 2006, I served the enclosed:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES**

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

| | |
|---|---|
| Mark Bonino, Esq.<br>Maria Quinteror, Esq.<br>Ropers, Majeski, Kohn & Bentley<br>80 North First Street<br>San Jose, CA 95113<br>Tel: (408) 287-6262<br>Fax: (408) 918-4501 | Attorneys for AIU Insurance Company, a New York Corporation and Lexington Insurance Company, a Delaware Corporation |
| Blaise S. Curet, Esq.<br>Sinnott, Dito Moura & Puebla, P.C.<br>555 Montgomery Street, Suite 720<br>San Francisco, CA 94111-3910<br>Tel: (415) 352-6200<br>Fax: (415) 353-6224 | Attorneys for Zurich American Company, a New York Corporation |
| Peter J. Schulz, Esq.<br>Greco & Traficante<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Tel: (619) 234-3660<br>Fax: (619) 234-0626 | Attorneys for Frederick Meiswinkel, Inc. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 25, 2006, at San Francisco, California.

*Connie Fernandes*
Connie Fernandes

PROOF OF SERVICE