| | |
|---|---|
| 1 | Rodney L. Eshelman, No. 059339 |
| | Raymond J. Tittmann, No. 191298 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | 44 Montgomery Street, Suite 400 |
| 3 | San Francisco, California 94104 |
| | Telephone:   (415) 989-5900 |
| 4 | Facsimile:   (415) 989-0932 |
| 5 | Attorneys for Defendant |
| | TRANSCONTINENTAL INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC., a California corporation, | No. CV 06-03703 SC |
| Plaintiff, | **TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |
| v. | |
| TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation, et al., | |
| Defendant. | [CIVIL L.R. 11-5; CCP §§ 284(1), 285] |
| | Date:       September 8, 2006 |
| | Time:       10:00 a.m. |
| | Division:   San Francisco |
| | Courtroom: No. 1 |
| | Judge:      Hon. Samuel Conti |

**TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY**

TO ALL PARTIES AND TO THE COURT:

PLEASE TAKE NOTICE THAT Defendant TRANSCONTINENTAL INSURANCE COMPANY ("TRANSCONTINENTAL") will request the following substitution of attorney at the status conference in this matter on September 8, 2006, 10:00 a.m., at the United States District Court, Northern District of California, Courtroom of the Honorable Samuel Conti, Courtroom No. 1, 450 Golden Gate Ave., San Francisco, California, and hereby requests, as follows:

CBM-IPG\SF320647.1

TRANSCONTINENTAL'S REQ. FOR SUBST. OF ATTY.; [PROPOSED] ORDER GRANTING SUBST.– CASE NO. C 06-03703 SC

| | |
|---|---|
| 1 | Rodney L. Eshelman (State Bar No. 059339) |
| 2 | Raymond J. Tittmann (State Bar No. 191298) |
|   | Carroll, Burdick & McDonough LLP |
| 3 | 44 Montgomery Street, Suite 400 |
|   | San Francisco, California 94104 |
| 4 | telephone: (415) 989-5900 |
|   | facsimile: (415) 989-0932, |
| 5 | To substitute as attorney of record for TRANSCONTINENTAL in place of: |
| 6 | Donald E. Dorfman |
|   | Alan S. Feiler |
| 7 | Nixon Peabody LLP |
|   | Two Embarcadero Center, Suite 2700 |
| 8 | San Francisco, California 94111 |
|   | telephone: (415) 984-8200 |
| 9 | facsimile: (415) 984-8300. |
| 10 | |
| 11 | I consent to this substitution.    Dated: August ___, 2006 |
| 12 |                                     TRANSCONTINENTAL INSURANCE CO. |
| 13 | |
| 14 |                                     By _[signature]_ |
| 15 | |
| 16 | I consent to this substitution.    Dated: August 22, 2006 |
| 17 |                                     NIXON PEABODY LLP |
| 18 | |
| 19 |                                     By _[signature]_ Donald E. Dorfman |
| 20 | |
| 21 | |
| 22 | I accept this substitution.        Dated: August 22, 2006 |
| 23 | |
| 24 |                                     CARROLL, BURDICK & McDONOUGH LLP |
| 25 | |
| 26 |                                     By _Raymond J. Tittmann/CF_ |
|    |                                        Rodney L. Eshelman |
| 27 |                                        Raymond J. Tittmann |
|    |                                     Attorneys for Defendant |
| 28 |                                     TRANSCONTINENTAL INSURANCE COMPANY |

CBM-JPG\SF320647.1

-2-

## [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY

GOOD CAUSE APPEARING, IT IS SO ORDERED: Rodney L. Eshelman and Raymond J. Tittmann, Carroll, Burdick & McDonough LLP, shall substitute as attorney of record in place of Donald E. Dorfman and Alan S. Feiler, Nixon Peabody LLP.

Dated:  August 24, 2006



IT IS SO ORDERED

Hon. _____
United _____
Judge Samuel Conti

*Frederick Meiswinkel, Inc. v. Transcontinental Insurance Company, et al.*
United States District Court Northern District of California; Action No. C 06-03703SC

### PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On August 23, 2006, I served the enclosed:

### TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER GRANTING TRANSCONTINENTAL INSUR. CO.'S REQUEST FOR SUBSTITUTION OF ATTORNEY

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

| | |
|---|---|
| Mark Bonino, Esq.<br>Maria Quinteror, Esq.<br>Ropers, Majeski, Kohn & Bentley<br>80 North First Street<br>San Jose, CA 95113<br>Tel: (408) 287-6262<br>Fax: (408) 918-4501 | Attorneys for AIU Insurance Company, a New York Corporation and Lexington Insurance Company, a Delaware Corporation |
| Blaise S. Curet, Esq.<br>Sinnott, Dito Moura & Puebla, P.C.<br>555 Montgomery Street, Suite 720<br>San Francisco, CA 94111-3910<br>Tel: (415) 352-6200<br>Fax: (415) 353-6224 | Attorneys for Zurich American Company, a New York Corporation |
| Peter J. Schulz, Esq.<br>Greco & Traficante<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Tel: (619) 234-3660<br>Fax: (619) 234-0626 | Attorneys for Frederick Meiswinkel, Inc. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 23, 2006, at San Francisco, California.

*Connie Fernandes*
Connie Fernandes

PROOF OF SERVICE