Clyde C. Greco, Jr., State Bar No. 085970
Peter J. Schulz, Esq., State Bar No. 167646
LAW OFFICES
**GRECO & TRAFICANTE**
555 WEST BEECH STREET - SUITE 500
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660/FAX: 234-0626

Attorneys for FREDERICK MEISWINKEL, INC. a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MEISWINKEL, INC. a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; AIU INSURANCE COMPANY, a New York corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. 3: 06 - CV 06-03703 SC <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///
///
///
///
///

F:\Meiswinkel\MEI-001\Pleadings\Stipulation of Dismissal 010307.wpd        -1-

1 | pursuant to FRCP 41 (a) (1).

2

3 | Dated: January 18, 2007      FREDERICK MEISWINKEL, INC.

By: _____
Clyde C. Greco, Jr., Esq.
Peter J. Schulz, Esq.
Greco & Traficante
Attorneys for Plaintiff FREDERICK
MEISWINKEL, INC. a California
corporation

10 | Dated: January 10, 2007      TRANSCONTINENTAL INSURANCE COMPANY

By: _____
Raymond J. Tittmann, Esq.
Carroll, Burdick & McDonough
Attorneys for Defendant
TRANSCONTINENTAL
INSURANCE COMPANY

17 | Dated: January __, 2007      AIU INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY

By: _____
Mark G. Bonino, Esq.
Hayes, David, Bonino, Ellingson,
McLay & Scott
Attorneys for Defendants
AIU INSURANCE COMPANY and
LEXINGTON INSURANCE
COMPANY

///
///
///
///

**IT IS SO ORDERED**
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\Meiswinkel\MEI-001\Pleadings\Stipulation of Dismissal 010307.wpd     −2−

pursuant to FRCP 41 (a) (1).

Dated: January 29, 2007

FREDERICK MEISWINKEL, INC.

By: _____
Clyde C. Greco, Jr., Esq.
Peter L. Schulz, Esq.
Greco & Traficante
Attorneys for Plaintiff FREDERICK MEISWINKEL, INC. a California corporation

Dated: January __, 2007

TRANSCONTINENTAL INSURANCE COMPANY

By: _____
Raymond J. Tittmann, Esq.
Carroll, Burdick & McDonough
Attorneys for Defendant
TRANSCONTINENTAL INSURANCE COMPANY

Dated: January 16, 2007

AIU INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY

By: _____
Mark G. Bonino, Esq.
Hayes, David, Bonino, Ellingson, McLay & Scott
Attorneys for Defendants
AIU INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY

///
///
///
///

1  Dated: January 5, 2007

ZURICH AMERICAN COMPANY

By: _____
Blaise S. Curet, Esq.
Sinnott, Dito, Moura & Puebla, P.C.
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY